# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

PHYLLIS SAXON, SANDRA IVERSON, THE METLEN HOTEL, and OLD WEST SALOON, LLC,

    Plaintiffs,

vs.

CITY OF DILLON, MONTANA, a body politic, DILLON POLICE CHIEF PAUL CRAFT, in his individual and official capacity, DILLON POLICE CHIEF DONALD GUIBERSON, in his individual and official capacity, and OFFICER JOSEPH HORROCKS, in his individual and official capacity and JOHN DOES 1-X,

    Defendants.

No. CV 19-16-BU-SEH

**ORDER**

    The preliminary pretrial statements filed on September 19, 2019, and September 20, 2019, fail to comply with the Court's August 1, 2019, Order.[1]

    Deficiencies in the September 19, 2019, and September 20, 2019, preliminary pretrial statements include:

---

[1] Doc. 8.

1. Defendants City of Dillon, Paul Craft and Donald Guiberson's Preliminary Pretrial Statement does not address the matters listed in Fed. R. Civ. P. 26(a)(1)(A)(ii) and required by the Court's August 1, 2019, Order.

2. Defendants City of Dillon, Paul Craft and Donald Guiberson's Preliminary Pretrial Statement does not include proposed deadlines relating to joinder of parties or amendment of the pleadings as required under L.R. 16.2(b)(1)(H) and by the Court's August 1, 2019, Order.

3. Plaintiffs' Preliminary Pretrial Statement does not address the matters listed in Fed. R. Civ. P. 26(a)(1)(A)(ii) and required by the Court's August 1, 2019, Order.

ORDERED:

Necessary and appropriate revisions to the preliminary pretrial statements to address deficiencies outlined in paragraphs 1, 2, and 3 above shall be filed and served on or before September 26, 2019.

DATED this 23rd day of September, 2019.

SAM E. HADDON
United States District Judge