IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

|  |  |
|---|---|
| PHYLLIS SAXON, SANDRA IVERSON, THE METLEN HOTEL, and OLD WEST SALOON, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF DILLON, MONTANA, a body politic, DILLON POLICE CHIEF PAUL CRAFT, in his individual and official capacity, DILLON POLICE CHIEF DONALD GUIBERSON, in his individual and official capacity, and OFFICER JOSEPH HORROCKS, in his individual and official capacity and JOHN DOES 1-X,<br><br>Defendants. | No. CV 19-16-BU-SEH<br><br>**ORDER** |

Defendants have moved for "adoption of a Stipulated Protective Order Re: Confidential Documents because this matter involves Confidential Criminal Justice Information and other confidential, sensitive documents."[1] The proposed Stipulated Protective Order Re: Confidential Documents the Court is requested to

---

[1] Doc. 10 at 2.

enter is attached as an exhibit to the motion.[2]

Counsel are apprised the Court is not disposed to approval of any requested protective order that is inconsistent with and that does not include, in substance, the following language:

"Filing of documents subject to a protective order shall require a motion for leave to redact and be conducted in compliance with L.R. 26.4(b)(2). No redacted document shall be considered by the Court or relied upon by any party absent an order of Court so permitting."

"All parties understand that all documents relied upon by the Court in resolving any issue before the Court, including documents redacted, will be unredacted and made public contemporaneously with the Court's ruling on the issue."

The parties are invited to consider resubmission of the proposed stipulated protective order.

DATED this 27th day of September, 2019.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Doc. 10-1.