FILED

10/10/2019

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| PHYLLIS SAXON, SANDRA IVERSON, THE METLEN HOTEL, and OLD WEST SALOON, LLC,<br><br>                 Plaintiffs,<br><br>vs.<br><br>CITY OF DILLON, MONTANA, a body politic, DILLON POLICE CHIEF PAUL CRAFT, in his individual and official capacity, DILLON POLICE CHIEF DONALD GUIBERSON, in his individual and official capacity, and OFFICER JOSEPH HORROCKS, in his individual and official capacity and JOHN DOES 1-X,<br><br>                 Defendants. | No. CV 19-16-BU-SEH<br><br>**ORDER** |

At the preliminary pretrial conference held on September 30, 2019, counsel for Defendants City of Dillon, Dillon Police Chief Paul Craft, and Dillon Police Chief Donald Guiberson stated Defendants' intention to resubmit a proposed stipulated protective order in compliance with the Court's Order[1] of September 27, 2019. No such revised protective order has been submitted.

---

[1] Doc. 19.

ORDERED:

1. A proposed stipulated protective order in compliance with the Court's Order,[2] shall be submitted on or before 4:45 p.m. on October 15, 2019.

2. If no protective order is submitted as ordered, the request for the Court's "adoption of a Stipulated Protective Order Re: Confidential Documents"[3] will be denied.

DATED this 10th day of October, 2019.

SAM E. HADDON
United States District Judge

---

[2] Doc. 19.

[3] Doc. 10 at 2.