## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BUTTE DIVISION

| | |
|---|---|
| PHYLLIS SAXON, SANDRA IVERSON, THE METLEN HOTEL, and OLD WEST SALOON, LLC, | No. CV 19-16-BU-SEH |
| Plaintiffs, | |
| vs. | **ORDER** |
| CITY OF DILLON, MONTANA, a body politic, DILLON POLICE CHIEF PAUL CRAFT, in his individual and official capacity, DILLON POLICE CHIEF DONALD GUIBERSON, in his individual and official capacity, and OFFICER JOSEPH HORROCKS, in his individual and official capacity and JOHN DOES 1-X, | |
| Defendants. | |

Defendants' Joint Unopposed Motion for Leave to Redact Birthdate in

Exhibit 1 to Defendants' Joint Rebuttal Expert Disclosures[1] is GRANTED.

---

[1] Doc. 40.

The Clerk is directed to seal Docket Number 39-1 and attach pages 4 to

21 of Docket Number 40-1 to Docket Number 39.

DATED this 23ʳᵈ day of January, 2020.

SAM E. HADDON
United States District Judge