# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| PHYLLIS SAXON, SANDRA IVERSON, THE METLEN HOTEL, and OLD WEST SALOON, LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF DILLON, MONTANA, a body politic, DILLON POLICE CHIEF PAUL CRAFT, in his individual and official capacity, DILLON POLICE CHIEF DONALD GUIBERSON, in his individual and official capacity, and OFFICER JOSEPH HORROCKS, in his individual and official capacity and JOHN DOES 1-X,<br><br>    Defendants. | No. CV 19-16-BU-SEH<br><br>**ORDER** |

On March 17, 2020, the parties filed a Stipulated Motion to Continue Discovery and Pretrial Deadlines; and Stipulated Motion to Extend Deadline to Respond to Defendant Horrocks' Motion for Judgment on the Pleadings.[1]

---

[1] Doc. 58.

ORDERED:

The Stipulated Motion to Continue Discovery and Pretrial Deadlines; and Stipulated Motion to Extend Deadline to Respond to Defendant Horrocks' Motion for Judgment on the Pleadings[2] are GRANTED.

The requested pretrial deadlines are amended as follows:

| | |
|---|---|
| Discovery closes: | July 3, 2020. |
| Discovery motions, with supporting briefs, shall be filed no later than 10 days following the moving party's compliance with Fed. R. Civ. P. 26(c)(1) and 37(a)(1). | |
| All pretrial motions, other than discovery motions, shall be filed and fully briefed on or before: | September 4, 2020. |
| An attorneys' conference to discuss the final pretrial order preparation on or before: | October 15, 2020. |
| Proposed final pretrial order on or before: | October 30, 2020. |

FURTHER ORDERED:

1. The original of document exhibits shall be delivered to the Clerk of Court on or before **October 30, 2020.**

2. A copy of exhibits shall be mailed to Chambers, 901 Front Street, Suite 3100A, Helena, Montana, 59626, on or before **October 30, 2020.**

---

[2] Doc. 58.

3. Plaintiffs shall have to and including **April 7, 2020**, to respond to Defendant Officer Joe Horrocks' Motion for Judgment on the Pleadings.[3]

All other matters in the Court's Orders of October 28, 2019,[4] and December 18, 2019,[5] remain in full force and effect.

DATED this 19th day of March, 2020.

SAM E. HADDON
United States District Judge

---

[3] Doc. 54.

[4] Doc. 31.

[5] Doc. 35.