# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| PHYLLIS SAXON, SANDRA IVERSON, and OLD WEST SALOON, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF DILLON, MONTANA, a body politic, DILLON POLICE CHIEF PAUL CRAFT, in his individual and official capacity, DILLON POLICE CHIEF DONALD GUIBERSON, in his individual and official capacity, and OFFICER JOSEPH HORROCKS, in his individual and official capacity and JOHN DOES 1-X, <br><br> Defendants. | No. CV 19-16-BU-SEH <br><br> **ORDER** |

Plaintiffs filed Plaintiffs' Motion in Limine.[1] The motion does not comply with L.R. 7.1(c).

---

[1] Doc. 108.

ORDERED:

Plaintiffs' Motion in Limine[2] is DENIED without prejudice for failure to comply with L.R. 7.1(c). Plaintiffs may resubmit the motion in proper form.

DATED this 13th day of August, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Doc. 108.