# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| PHYLLIS SAXON, SANDRA IVERSON, and OLD WEST SALOON, LLC,<br><br>                  Plaintiffs,<br><br>vs.<br><br>CITY OF DILLON, MONTANA, a body politic, DILLON POLICE CHIEF PAUL CRAFT, in his individual and official capacity, DILLON POLICE CHIEF DONALD GUIBERSON, in his individual and official capacity, and OFFICER JOSEPH HORROCKS, in his individual and official capacity and JOHN DOES 1-X,<br><br>                  Defendants. | No. CV 19-16-BU-SEH<br><br>**ORDER** |

On December 7, 2020, the Court issued its Order granting Defendant

Horrocks' dismissal of all remaining claims asserted against him in Count I of the

Second Amended Complaint[1] for alleged violations of constitutional rights to protection from excessive force of either Plaintiff.

The Order of December 7, 2020,[2] memorialized the Court's finding and conclusion that Officer Horrocks' actions and conduct giving rise to the claims of excessive force asserted in Count I did not, as a matter of law, support a viable claim by either Plaintiff to alleged violations of a constitutional right to protection from excessive force. That finding and conclusion, squarely presents to the Court for resolution the issue of whether, in the absence of a claim for violation of a protected constitutional right, any claim for failure to train or supervise remains viable.[3]

ORDERED:

1.  Plaintiffs and Defendants shall have to and including December 18, 2020, in which to file a brief directed to the issue of whether, in light of the Court's Order dismissing all claims in Count I, the claims asserted in Count II of the Second Amended Complaint[4] remain viable.

---

[1] Doc. 27.

[2] Doc. 169.

[3] *See City of Los Angeles v. Heller*, 475 U.S. 796, 799 (1986); *See also Smith v. City of Wyoming*, 821 F.3d 697, 707 (6th Cir. 2016).

[4] Doc. 27.

2. Response briefs will be due on or before December 28, 2020.

Optional reply briefs will be due on or before January 4, 2021.

DATED this 7th day of December, 2020.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge