IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| PHYLLIS SAXON, SANDRA IVERSON, and OLD WEST SALOON, LLC,<br><br>               Plaintiffs,<br><br>vs.<br><br>CITY OF DILLON, MONTANA, a body politic, DILLON POLICE CHIEF PAUL CRAFT, in his individual and official capacity, DILLON POLICE CHIEF DONALD GUIBERSON, in his individual and official capacity, and OFFICER JOSEPH HORROCKS, in his individual and official capacity and JOHN DOES 1-X,<br><br>               Defendants. | No. CV 19-16-BU-SEH<br><br>**ORDER** |

On January 7, 2021, Defendant Officer Joe Horrocks filed a Request for Entry of Amended Judgment.[1]

---

[1] Doc. 189.

The has Court previously issued four separate Orders[2] in this case, which taken together, dismissed all claims against all named Defendants.

ORDERED:

All claims against all Defendants having been dismissed, the Clerk, in compliance with Federal Rule of Civil Procedure 58(b)(1), is directed to enter an amended final judgment confirming dismissal of all claims against all Defendants and to close the case.

DATED this 11th day of January, 2021.

*Sam E. Haddon* (signature)
SAM E. HADDON
United States District Judge

---

[2] *See* Docs. 89, 152, 169, and 184.