IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

_____

| | |
|---|---|
| PHYLLIS SAXON, SANDRA IVERSON, THE METLEN HOTEL, and OLD WEST SALOON, LLC, <br><br>      Plaintiffs,<br><br>  -vs-<br><br>CITY OF DILLON, MONTANA, a body politic, DILLON POLICE CHIEF PAUL CRAFT, in his individual and official capacity, DILLON POLICE CHIEF DONALD GUIBERSON, in his individual and official capacity, and OFFICER JOSEPH HORROCKS, in his individual and official capacity, and JOHN DOES I-X,<br><br>      Defendants. | Cause No. CV-19-16-BU-SEH<br><br>**AMENDED JUDGMENT** |

_____ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.**  This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

    IT IS ORDERED AND ADJUDGED pursuant to Orders (Docs. 83, 152, 169 and 184), Judgment is entered in favor of the Defendants and against the Plaintiffs.

    DATED this <u>11th</u>  day of January, 2021.

                                      TYLER P. GILMAN, CLERK

                                      By: _Heidi Gauthier_
                                               Deputy Clerk